```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, CA Bar #214897
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  BRIAN LEE JONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-12-321-WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE; EXCLUDE TIME |
| BRIAN LEE JONES, | ) |
| Defendant. | ) Date: December 3, 2012 |
|  | ) Time: 9:30 a.m. |
| _____ | ) Judge: William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, BRIAN LEE JONES, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, October 15, 2012, be continued to Monday, December 3, 2012 at 9:30 a.m.

Defense counsel is presently preparing for jury trial scheduled to commence the first week of November in another case.  This continuance is requested to allow defense counsel additional time to prepare, to review discovery with the defendant, to examine possible defenses, to interview any potential witnesses, and to conduct ongoing investigation of the facts of this case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 3, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 12, 2012          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 BRIAN LEE JONES


DATED: October 12 2012           BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Benjamin Galloway for
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in

1 a speedy trial.

2    The Court orders that the time from the date of the parties stipulation, October 12, 2012, up to and including December 3, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

   It is further ordered that the October 15, 2012 status conference shall be continued until December 3, 2012 at 9:30 a.m.

DATED: October 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation/Order                    -3-