```
DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRIAN LEE JONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-321-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND REQUEST PRE-PLEA PSR; EXLUDE TIME |
| BRIAN LEE JONES, | |
| Defendant. | Date:  January 22, 2013<br>Time:  9:30 a.m.<br>Judge: William B. Shubb |

This case is currently scheduled for a status conference on December 3, 2012. The parties have conferred and agree that additional time is needed for preparation and negotiation between the parties with the hope of resolving the case. Specifically, the parties have agreed that a pre-plea advisory guideline presentence investigation report would aid the parties toward resolving the case.

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, BRIAN LEE JONES, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, December 3, 2012 be vacated, and continued to Tuesday, January 22, 2013

1  at 9:30 a.m.  This continuance is requested to allow defense counsel
2  additional time to prepare, to conduct ongoing investigation of the
3  facts, and to work toward resolution of this case.
4      The parties respectfully request that this Court order the
5  Probation Office to prepare a pre-plea advisory guideline presentence
6  investigation report and serve on the parties prior to the next hearing
7  date.
8      The parties stipulate that the ends of justice served by the
9  granting of such continuance outweigh the interests of the public and
10 the defendant in a speedy trial.
11     Speedy trial time is to be excluded from the date of this order
12 through the date of the status conference set for January 22, 2013,
13 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
14 (Local Code T4).

15 DATED: November 16, 2012              Respectfully submitted,

16                                       DANIEL J. BRODERICK
                                         Federal Defender
17

18                                       /s/ Benjamin Galloway
                                         BENJAMIN GALLOWAY
19                                       Assistant Federal Defender
                                         Attorney for Defendant
20                                       BRIAN LEE JONES

21

22 DATED: November 16, 2012              BENJAMIN B. WAGNER
                                         United States Attorney
23

24                                       /s/ Benjamin Galloway for
                                         JASON HITT
25                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
26

27

28

Stipulation/Order                -2-

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the December 3, 2012 status conference shall be continued until January 22, 2013 at 9:30 a.m., and that the time from the date of the parties stipulation, November 16, 2012, up to and including January 22, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

The Court further orders the United States Probation Office to prepare and disclose to the parties a pre-plea advisory guideline presentence investigation report.

DATED: November 20, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE